```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08004
   JOE KIRK WASHINGTON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3355

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/02/2007 and was confirmed 07/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/04/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE          .00            .00            .00
ALS SERVICES LLC          UNSECURED       NOT FILED            .00            .00
AMERICASH LOANS LLC       UNSECURED         1345.90            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          139.52            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
SALLIE MAE INC            UNSECURED         6299.96            .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED            .00            .00
PETER L BERK              DEBTOR ATTY       2,814.00                     2,129.16
TOM VAUGHN                TRUSTEE                                          150.44
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               2,279.60

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             2,129.16
TRUSTEE COMPENSATION                         150.44
DEBTOR REFUND                                   .00
                    --------------      --------------
TOTALS                2,279.60             2,279.60
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08004 JOE KIRK WASHINGTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```